45 Pinehurst Avenue Realty Co. LLC, Petitioner-Landlord-Appellant, 
against
Mario Landa, Jr., Respondent-Tenant-Respondent.



Landlord appeals from an order of the Civil Court of the City of New York, New York County (Maria Milin, J.), dated October 6, 2016, which granted tenant's motion to stay execution of a warrant of eviction in a holdover summary proceeding.




Per Curiam.
Order (Maria Milin, J.), dated October 6, 2016, affirmed, without costs.
In the particular circumstances of this case, including the long-term (30-year) stabilized tenancy, tenant's previous post-eviction restoration to possession, his uninterrupted payment of rent under the parties' stipulation for nineteen (19) months prior to the time that he suffered from a serious illness, and his in-court showing that he possessed the full rent arrears then due landlord, we are not prepared to say that Civil Court abused its discretion in staying execution of the warrant (see 2246 Holding Corp. v Nolasco, 52 AD3d 377 [2008]; see also Harvey 1390 LLC v Bodenheim, 96 AD3d 664 [2012]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 20, 2017